United States District Court
Southern District of Texas
**ENTERED**
June 09, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 2:17-CR-35 |
| § | |
| ODETT GONZALEZ DE MORALES § | |

### ORDER GRANTING MOTION FOR CONTINUANCE

Pending is Defendant's Unopposed Second Motion For Continuance. (D.E. 18). Senior United States District Judge John D. Rainey referred the motion to the undersigned magistrate judge for disposition. The Government is unopposed to the motion.

The defendant is charged with illegally reentering the United States in violation of 8 U.S.C. § 1326. Counsel for the defendant moves for a continuance to further investigate and obtain records regarding the defendant's claim of derivative citizenship. The defendant may in fact be a citizen of the United States through the lineage of her mother. If the defendant is a citizen of the United States she is not guilty of the charged offense. The records sought are in Mexico. Counsel for the government is also working to obtain the records and is not opposed to the continuance being granted.

The Court has considered the Unopposed Motion for Continuance of the Pretrial Conference and Trial of the defendant and finds that this motion should be **GRANTED**. Taking into account the exercise of due diligence, failure to grant the continuance would deny counsel for the defendant reasonable time necessary for effective preparation.

Accordingly, the Court GRANTS the motion for continuance and further finds pursuant to 18 U.S.C. § 3161(h)(7)(A) the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is further ORDERED that this case is set for a final pretrial conference before U.S. Magistrate Judge Jason Libby on **August 14, 2017 at 9:30 a.m.** and jury selection and trial is set before Senior U.S. District Judge John D. Rainey on **August 21, 2017 at 9:30 a.m.**

ORDERED this 9th day of June, 2017.

_____
Jason B. Libby
United States Magistrate Judge